JOHN R. UPSHAW *v.* W. D. CARBELT, ET AL.

**Garnishment—Answer of Garnishee—Oral Examination Not Required—Depositions.**

A garnishee has the right to appear in person and be examined orally or answer in writing, and if he adopts the latter mode he cannot be compelled to appear in person, after a transfer of the case to equity, to undergo an examination before the court, unless he is in contempt of court for failing to make a sufficient answer. His testimony should have been obtained by deposition.

APPEAL FROM FULTON CIRCUIT COURT.

January 5, 1871.

OPINION OF THE COURT BY JUDGE HARDIN:

If the appellant, was, as is insisted, only before the court as an ordinary garnishee, he had a right, under section 245 of the Civil Code, to appear in person and be examined orally, or answer in writing, and if he adopted the latter mode, he should not have been compelled to appear in person, after the transfer of the case to equity, to undergo an examination before the court, unless he was in contempt of court for failing to make a sufficient answer. But as the appellant was in this case formally made a defendant in the action, and properly so as the court decided on the demurrer, and the case was on the plaintiff's motion, transferred to equity, so far as appellant was concerned, the case should have remained for preparation and trial as any other suit in equity according to the provision of the code, and if the testimony of the appellant was desired it should have been obtained by his deposition or upon interrogatories before the final hearing, and it was both irregular and premature to force him into court to give oral testimony, and try the case on the result of that examination before the action stood for trial according to the rules of equity practiced and within the time allowed to parties for preparation.

Wherefore the judgment is reversed and the cause remanded for further proceedings not inconsistent with this opinion.

*Goalder James, for appellant.*

*Randle & Tyler, for appellee.*